UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Small Business Administration)

       Plaintiff

       v.

FAJARDO MUFFLER SHOP, INC.,
PEDRO L. TORRES DE JESUS, also
known as PEDRO LUIS TORRES DE
JESUS and EVA ROSARIO FUENTES,
and the conjugal partnership
constituted by both

       Defendants

CIVIL NO. 97-1089 (CC)

FORECLOSURE OF MORTGAGE

## AMENDED ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens recorded at page 128, entry 242 made on the real estate property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of the Registry of Property of Fajardo, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> "URBANA: Solar radicado en el barrio Mameyes de Luquillo, con una cabida de trescientos setenta punto veintisiete (370.27) Metros Cuadrados. En lindes por el NORTE, en treinta y tres punto cincuenta metros (33.50), con terrenos de la Administración de Terrenos, por el SUR, en veintisiete punto veinte metros (27.20) con terrenos de la Sucesión Eustaquio Rosario; por el ESTE, en trece punto setenta y tres metros (13.73), con la Carretera Estatal

USA v. Fajardo Muffler
Shop, Inc., et als.
Civil No. 97-1089 (CC)
Page 2

>     número Tres (3) y por el OESTE, en doce punto
>     veinte metros (12.20) con el Río Mameyes."

Plaintiff's first mortgage for $50,000.00 is recorded at page 191, volume 155, property #8,671 at the Registry of the Property of Fajardo, Puerto Rico.

In San Juan, Puerto Rico, this 6th day of October.

                                    _____
                                    UNITED STATES DISTRICT JUDGE


s/c: R. Vargas